1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  JEFFREY MARSHALL,                    No. CIV S-04-1841-LKK-CMK-P

12          Plaintiff,

13       vs.                             <u>ORDER</u>

14  FAIRFIELD POLICE
    DEPARTMENT, et al.,
15
            Defendants.
16
    _____/
17

18          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19  to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20  Local Rule 72-302(c)(21).

21          On December 12, 2005, the magistrate judge filed findings and recommendations

22  herein which were served on plaintiff and which contained notice to plaintiff that any objections

23  to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

24  objections to the findings and recommendations.

25          The court has reviewed the file and finds the findings and recommendations to be

26  supported by the record and by the magistrate judge's analysis.

                                          1

1        Accordingly, IT IS HEREBY ORDERED that:

2            1.      The findings and recommendations filed December 12, 2005, are adopted

3    in full;

4            2.      This action is dismissed, without prejudice; and

5            3.      The Clerk of the Court is directed to enter judgment and close this file.

6    DATED:  February 23, 2006.

7                                              /s/Lawrence K. Karlton
                                              LAWRENCE K. KARLTON
8                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26